UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
UNITED STATES OF AMERICA,            :
                                     :
                    Plaintiff,       :        18CR117-8 (KPF)
                                     :
          v.                         :        ORDER
                                     :
                                     :
Jamel Elliot,                        :
                                     :
                    Defendant.       :
------------------------------------------------------------ X


KATHERINE POLK FAILLA, District Judge:

      It is hereby ORDERED, that the defendant is hereby remanded to the custody
of the United States Marshal.

      SO ORDERED.

Dated:       December 13, 2019
             New York, New York

                                              _____
                                              KATHERINE POLK FAILLA
                                              United States District Judge