**TALKIN, MUCCIGROSSO & ROBERTS, L.L.P.**
ATTORNEYS AT LAW
40 EXCHANGE PLACE
18TH FLOOR
NEW YORK, NEW YORK 10005

(212) 482-0007 PHONE
(212) 482-1303 FAX
WWW.TALKINLAW.COM
EMAIL: INFO@TALKINLAW.COM

MARYLAND OFFICE:
5100 DORSEY HALL DRIVE
SUITE 100
ELLICOTT CITY, MD 21042
410-964-0300

NEW JERSEY OFFICE:
79 MAIN STREET
SUITE ONE
HACKENSACK, NJ 07601
201-342-6665

December 30, 2019

Honorable Katherine Polk Failla
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

**MEMO ENDORSED**

**BY ECF**

Re: <u>United States v. Jamel Elliott</u>
17 Cr. 118 (KPF)

Dear Judge Failla:

  Defendant Jamel Elliott ("Elliott") is currently scheduled for a Violation of Supervised Release ("VOSR") hearing before the Court on January 2, 2020 at 10:30 am. Unfortunately, on that day, I have a funeral to attend. For this reason, Elliott respectfully requests that his VOSR hearing be adjourned to January 3, 2019 at 10:00 am. The government, by Assistant United States Attorney Nathan Rehn, consents to this request.

  Thank you for Your Honor's consideration of this application.

Very truly yours,

*Sanford Talkin*
Sanford Talkin

```
Application GRANTED.  The hearing scheduled for January 2, 2019 is hereby
ADJOURNED to January 3, 2019, at 10:00 a.m. in Courtroom 26B, Daniel
Patrick Moynihan, United States Courthouse, 500 Pearl Street, New York,
NY 10007.
                                      SO ORDERED.
Dated:    December 30, 2019
          New York, New Yrok
```

*Katherine Polk Failla*

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE