UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-v.-<br><br>JAMEL ELLIOTT,<br><br>                     Defendant. | 17 Cr. 118 (KPF)<br><br>ORDER |

KATHERINE POLK FAILLA, District Judge:

The conference currently scheduled for April 3, 2020, is hereby ADJOURNED to May 29, 2020, at 11:00 a.m. in Courtroom 618 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York.

SO ORDERED.

Dated:    March 23, 2020
              New York, New York

                                              KATHERINE POLK FAILLA
                                              United States District Judge