UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-v.-<br><br>JAMEL ELLIOTT,<br><br>Defendant. | 17 Cr. 118 (KPF)<br><br>ORDER |

KATHERINE POLK FAILLA, District Judge:

The sentencing hearing currently scheduled for May 29, 2020, is hereby ADJOURNED to June 2, 2020, at 9:00 a.m.  Due to restrictions on access to the Courthouse and on Courthouse operations due to the ongoing COVID-19 pandemic, which restrictions are well-documented on the Court's website, the conference shall be held through video conference.  The Court will provide instructions to access this video conference at a later date.

SO ORDERED.

Dated:   May 22, 2020
         New York, New York

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　KATHERINE POLK FAILLA
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge