UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| UNITED STATES OF AMERICA | |
|---|---|
| -v.- | 17 Cr. 118 (KPF) |
| JAMEL ELLIOTT, | **ORDER** |
| Defendant. | |

KATHERINE POLK FAILLA, District Judge:

The violation of supervised release hearing currently scheduled for June 22, 2022, is hereby ADJOURNED to **July 20, 2022, at 12:00 p.m.**, in Courtroom 618 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York.

SO ORDERED.

Dated:   June 13, 2022
         New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge