**TALKIN, MUCCIGROSSO & ROBERTS, L.L.P.**
ATTORNEYS AT LAW
40 EXCHANGE PLACE
18TH FLOOR
NEW YORK, NEW YORK 10005
————
(212) 482-0007 PHONE
(212) 482-1303 FAX
WWW.TALKINLAW.COM
EMAIL: INFO@TALKINLAW.COM

| | |
|---|---|
| MARYLAND OFFICE:<br>5100 DORSEY HALL DRIVE<br>SUITE 100<br>ELLICOTT CITY, MD 21042<br>————<br>410-964-0300 | NEW JERSEY OFFICE:<br>2500 PLAZA 5<br>HARBORSIDE FINANCIAL CENTER<br>JERSEY CITY, NJ 07311<br>————<br>201-342-6665 |

August 19, 2022

Honorable Katherine Polk Failla
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007



**BY ECF**

> Re:    Re:    United States v. Jamel Elliott
>                    17 Cr. 118 (KPF)

Dear Judge Failla:

        Defendant Jamel Elliott ("Elliott") is currently scheduled for a conference before the Court on August 23, 2022 regarding his alleged violation of supervised release ("VOSR"). The state case that is the principal basis for the VOSR is still pending and the next appearance in that case is scheduled for September 13, 2022.  For this reason, Elliott respectfully requests an approximately thirty day adjournment of the VOSR conference to allow more to be ascertained regarding the state case.  Since the last conference in the instant case, Elliott has been fully compliant with all the terms of his supervision.  The government, by Assistant United States Attorney Nathan Rehn, consents to this application.

        Thank you for Your Honor's consideration of this request.

                        Very truly yours

                        *Sanford Talkin*
                        Sanford Talkin

cc:    AUSA Nathan Rehn (by ECF)
        USPO Jessica Roman (by email)

Application GRANTED.  The hearing scheduled to take place in this case on August 23, 2022, is hereby **ADJOURNED** to **September 30, 2022, at 10:00 a.m.**

Dated:      August 19, 2022                    SO ORDERED.
            New York, New York

*Katherine Polk Failla*

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE