**TALKIN, MUCCIGROSSO & ROBERTS, L.L.P.**
ATTORNEYS AT LAW
40 EXCHANGE PLACE
18TH FLOOR
NEW YORK, NEW YORK 10005

(212) 482-0007 PHONE
(212) 482-1303 FAX
WWW.TALKINLAW.COM
EMAIL: INFO@TALKINLAW.COM

MARYLAND OFFICE:
5100 DORSEY HALL DRIVE
SUITE 100
ELLICOTT CITY, MD 21042
410-964-0300

NEW JERSEY OFFICE:
2500 PLAZA 5
HARBORSIDE FINANCIAL CENTER
JERSEY CITY, NJ 07311
201-342-6665

September 28, 2022

Honorable Katherine Polk Failla
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007



**BY ECF**

          Re:    <u>United States v. Jamel Elliott</u>
                17 Cr. 118 (KPF)

Dear Judge Failla:

      Defendant Jamel Elliott ("Elliott") is currently scheduled for a conference before the Court on September 30, 2022 regarding his alleged violation of supervised release ("VOSR"). The state case that is the principal basis for the VOSR is still pending and the next appearance in that case is scheduled for November 22, 2022. According to Probation, the case is scheduled to be dismissed on that date. For this reason, Elliott respectfully requests an adjournment of the VOSR conference to January 5, 2022. This adjournment will allow for Elliott to either confirm this dismissal or ascertain the status of the case in the absence of a dismissal. Since the last conference in the instant case, Elliott has been fully compliant with all the terms of his supervision. The government, by Assistant United States Attorney Nathan Rehn, consents to this application.

      Thank you for Your Honor's consideration of this request.

                           Very truly yours

                           *Sanford Talkin*
                           Sanford Talkin

cc:    AUSA Nathan Rehn (by ECF)
       USPO Jessica Roman (by email)
       USPO Marcela Tavarez (by email)

Application GRANTED.  The hearing currently scheduled to take place on September 30, 2022, is hereby **ADJOURNED to January 5, 2023, at 3:00 p.m.**

Dated:     September 28, 2022          SO ORDERED.
          New York, New York

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE